Edward C. Yim (Cal. Bar No. 218917)
CASTANEDA LAW, APC
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017
Telephone: (213) 212 – 2399
Facsimile: (213) 402 – 2804
E-mail:   eyim@castaneda-law.com

Attorney for Defendant
KONG LIANG LI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>           v.<br><br>KONG LIANG LI,<br><br>      Defendant. | No. 2:17-cr-00136-DJC<br><br>STIPULATION REGARDING REQUEST FOR CONTINUANCE OF JUDGMENT SENTENCING DATE<br><br>**CURRENT JUDGMENT/SENTENCING DATE:**<br>OCTOBER 31, 2024<br><br>**PROPOSED JUDGMENT/SENTENCING DATE:** JANUARY 16, 2025 |

　　　　Defendant KONG LI ("defendant"), both individually and by and through his counsel of record, EDWARD C. YIM and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Roger Yang respectfully request that the judgment and sentencing hearing currently scheduled for October 31, 2024 before this Honorable Court be continued as follows:

　　　　1.　　The Court set this matter for Judgment and Sentencing on October 31, 2024 at 9:00 A.M.

　　　　2.　　The Probation Department represents that more time is needed to schedule the interview of the Defendant with an interpreter and to complete the report once the interview has been done.

　　　　3.　　Counsel for defendant also represents that additional time is necessary to review and address any pre-sentence report that is filed in this matter before the court imposes sentence.

4. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

5. The government does not object to the continuance.

6. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

8. The Parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | January 16, 2025 |
| Reply, or Statement of Non-Opposition: | January 09, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and Served on the Probation Officer and opposing counsel no later than: | January 02, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 26, 2024 |
| Counsel's informal written objections to the Presentence Report shall be Delivered to the Probation Officer and opposing counsel no later than: | December 19, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | December 2, 2024 |

IT IS SO STIPULATED.

Dated: October 25, 2024                /s/EDWARD YIM
                                       EDWARD YIM
                                       Counsel for Defendant
                                       Kong Liang Li

Dated: October 25, 2024                PHILLIP A. TALBERT
                                       United States Attorney
                                       /s/ ROGER YANG
                                       ROGER YANG
                                       Assistant United States Attorney

I am KONG LI'S attorney.  I have carefully discussed every part of this stipulation and the continuance of the judgment/sentencing date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought before the Court for judgment and sentencing earlier than January 16, 2025 is an informed and voluntary one.

| /S/ Edward C. Yim | 10.28.24 |
|---|---|
| EDWARD C. YIM<br>Attorney for Defendant<br>KONG LI | DATE |

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the judgment and sentencing date and give up my right to be brought before the Court for judgment and sentencing earlier than January 16, 2025. I understand that if I am on bond at the time, I will be ordered to appear in Courtroom 10 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814 on January 16, 2025 at 9:00 A.M.

_Signed by: /s/_
KONG LI
Defendant

10/28/2024
Date

2

ORDER

IT IS SO FOUND AND ORDERED this 29th day of October, 2024.

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE