Edward C. Yim (Cal. Bar No. 218917)
CASTANEDA LAW, APC
1055 Wilshire Blvd., Suite 1940
Los Angeles, CA 90017
Telephone: (213) 212 – 2399
Facsimile: (213) 402 – 2804
E-mail:  eyim@castaneda-law.com

Attorney for Defendant
KONG LIANG LI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:17-cr-00136-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF JUDGMENT SENTENCING DATE |
| v. | |
| KONG LIANG LI, | **CURRENT JUDGMENT/SENTENCING DATE:** JANUARY 16, 2025 |
| Defendant. | **PROPOSED JUDGMENT/SENTENCING DATE:** APRIL 3, 2025 |

  Defendant KONG LI ("defendant"), both individually and by and through his counsel of record, EDWARD C. YIM and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Roger Yang respectfully request that the judgment and sentencing hearing currently scheduled for JANUARY 16, 2025 before this Honorable Court be continued as follows:

  1. The Court set this matter for Judgment and Sentencing on APRIL 3, 2025 at 9:30 A.M.

  2. Counsel for defendant also represents that additional time is necessary to obtain any additional evidence of mitigation for the defendant.

  3. Counsel for defendant has also encountered a scheduling conflict making him unavailable for the sentencing hearing currently scheduled.

  4. The government does not object to the continuance.

5. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: January 13, 2025    /s/EDWARD YIM
                           EDWARD YIM
                           Counsel for Defendant
                           Kong Liang Li

Dated: January 13, 2025    PHILLIP A. TALBERT
                           United States Attorney

                           /s/ Roger Yang (per email approval on 1.13.25)
                           ROGER YANG
                           Assistant United States Attorney

I am KONG LI'S attorney.  I have carefully discussed every part of this stipulation and the continuance of the judgment/sentencing date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought before the Court for judgment and sentencing earlier than April 3, 2025 is an informed and voluntary one.

/s/ Edward C .Yim                                                          January 13, 2025                                     
EDWARD C. YIM                                                              DATE
Attorney for Defendant
KONG LI

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the judgment and sentencing date and give up my right to be brought before the Court for judgement and sentencing earlier than April 3, 2025. I understand that if I am on bond at the time, I will be ordered to appear in Courtroom 10 of the Robert T. Mastui United States Courthouse, 501 I Street, Sacramento, CA 95814 at Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 3, 2025 at 9:30 A.M.

Signed by: *kong li*

KONG LI
Defendant

1/13/2025
Date

ORDER

IT IS SO FOUND AND ORDERED this 14th day of January, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE