MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>KONG LIANG LI,<br><br>                        Defendant. | CASE NO. 2:17-CR-0136 DJC<br><br>**STIPULATION REGARDING DISMISSAL OF REMAINING COUNTS; FINDINGS AND ORDER**<br><br>DATE: April 3, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

At sentencing on April 3, 2025, the government was unsure if there were additional counts to dismiss against defendant Kong Liang Li. After reviewing the Superseding Indictment, and the Plea Agreement, the government now moves to dismiss the remaining counts (Counts 1, 21, 22, 24 and 25) in the Superseding Indictment against this defendant. The defendant agrees to the dismissal of the remaining counts.

Dated: April 3, 2025                        /s/ EDWARD YIM
                                            EDWARD YIM
                                            Counsel for Defendant
                                            Kong Liang Li

Dated: April 3, 2025                        MICHELE BECKWITH
                                            Acting United States Attorney

                                            /s/ ROGER YANG
                                            ROGER YANG
                                            Assistant United States Attorney

ORDER

IT IS SO FOUND AND ORDERED this 4th day of April, 2025.  The remaining counts against KONG LIANG LI are dismissed without prejudice.

Dated:  April 4, 2025  /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE